MEMORANDUM
UNITED STATES DISTRICT COURT
FEDERAL PRETRIAL SERVICES

DATE: August 12, 2009

FROM: Loretta Fleming, Pretrial Services Officer
s/ loretta fleming

SUBJECT: David Slater, Case No. 2:09CR20204-001

TO: The Honorable Charmiane G. Claxton, U.S. Magistrate Judge

*******************************************************************

## RECOMMENDATION TO SUSPEND MAINTAIN OR ACTIVELY SEEK EMPLOYMENT CONDITION

David Slater was released on a personal recognizance bond upon appearing before Your Honor on June 24, 2009. The following conditions of release were set at that time: 1) report as directed by the Pretrial Services Office; 2) maintain or actively seek employment; 3) restricted in residence and travel to the Western District of Tennessee without prior approval of Pretrial Services; 4) refrain from possessing a firearm, destructive device, or other dangerous weapon; 5) refrain from any use or unlawful possession of a narcotic drug or other controlled substance; 6) submit to any method of testing required by the Pretrial Services Office; and 7) participate in a program of inpatient or outpatient substance abuse testing, education, or treatment if deemed advisable by Pretrial Services. Conditions of release were amended by U.S. Magistrate Judge Diane K. Vescovo on July 1, 2009, by consent order to add a condition that the defendant undergo mental health treatment if deemed advisable by the Pretrial Services Office or supervising officer.

Mr. Slater is currently disabled and receives Social Security benefits in the amount of $869.00 monthly. He participates in mental health treatment at Case Management, Inc. and is prescribed Effexor and Geodon.

### Recommendation

It is recommended that enforcement of David Slater's condition ordering him to maintain or actively seek employment be suspended. This recommendation has been discussed with Assistant U.S. Attorney Arun Rao and he indicated no objection.

David Slater, Case No. 2:09CR20204-001
Memorandum
August 12, 2009
Page 2

### Court Determination

It is requested that the Court indicate approval or disapproval of this recommendation as follows and return this document to Pretrial Services.

_✓_ Proposed action approved effective _August 12, 2009_
                                              Date

___ Proposed action not approved


S/Charmiane G. Claxton          _23 September 2009_
Signature of Judicial Officer        Date



c: Mr. Arun G. Rao, Assistant U.S. Attorney
   Ms. April Rose Goode, Assistant Federal Public Defender
      200 Jefferson Avenue, Suite 200
      Memphis, TN 38103